UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ASCENTIUM CAPITAL, LLC　　　　　　　　CIVIL ACTION NO. 21-cv-3291

VERSUS　　　　　　　　　　　　　　　　JUDGE ELIZABETH E. FOOTE

SRI HANUMAN, LLC　　　　　　　　　　MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

　　Ascentium Capital, LLC filed this civil action against Sri Hanuman, LLC based on an assertion of diversity jurisdiction, which puts the burden on Ascentium to set forth specific allegations that show complete diversity of citizenship of the parties and an amount in controversy over $75,000. In order for the court to assess whether diversity jurisdiction exists, more information is needed with respect to the citizenship of the parties.

　　The complaint alleges that Ascentium is a Delaware limited liability company and that "[n]one of the members of Ascentium are domiciled in Louisiana." The complaint alleges that Sri Hanuman is a Louisiana limited liability company that, "[o]n information and belief … is a Louisiana citizen for diversity jurisdiction purposes."

　　The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). The allegation that none of the

unspecified members of Ascentium are Louisiana citizens is not sufficient, nor is the bare allegation that Sri Hanuman is believed to be a Louisiana citizen.

Ascentium must file an amended complaint that specifically identifies the member(s) of the two LLCs and alleges their citizenship in accordance with the applicable rules. Because Ascentium may not have access to Sri Hanuman's citizenship information at this stage of the litigation, the court will not set a deadline for the filing of the amended complaint. Counsel for Sri Hanuman is instructed to cooperate in providing the necessary citizenship information.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 17th day of September, 2021.

Mark L. Hornsby
U.S. Magistrate Judge